## 36127. CINCINNATI INSURANCE COMPANY v. DAVIS.

PER CURIAM.

After full consideration of this case, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.

*Dismissed. All the Justices concur, except Marshall, J., who dissents.*

ARGUED MAY 12, 1980 — DECIDED
JUNE 17, 1980.

*Edward L. Savell,* for appellant.
*Tyler Dixon,* for appellee.